IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

V.                    CASE NO. 4:02CR00159-01 JM

DIRK ALLEN HORNE

## ORDER

On October 8, 2003, the Defendant was sentenced to 200 months imprisonment. On October 3, 2017, the sentence was reduced to 120 months pursuant to United States v. Sims, 854 F.3d 1037 (8th Cir. 2017). Pursuant to Daniels v. United States, 806 F. App'x 493 (8th Cir. 2020) the original sentence of 200 months is re-imposed. The Court hereby reinstates the judgment entered October 8, 2003.

IT IS SO ORDERED this 11th day of August 2020.

_____
James M. Moody Jr.
United States District Judge